IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00349-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    MERLE MIKAL HATCH,

    Defendant.

_____

### ORDER GRANTING WITHDRAWAL OF MOTION
_____

THIS MATTER comes before the Court on the Defendant's Withdrawal of Motion (Motion) **(#37)**. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and the Clerk is directed to withdraw the Motion to Reduce Sentence at Docket Entry #34.

DATED this 24th day of November, 2008.

                              **BY THE COURT:**

                              Marcia S. Krieger
                              United States District Judge